UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flumigo Technology, Inc., et al., | No. 2:22-cv-01135-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| MGM Distributors, Inc. et al., | |
| Defendants. | |

The court has reviewed the declaration of David Yu, which includes a request for an extension of the dates for a motion for default judgment and status conference. *See* Yu Decl., ECF No. 17; Min. Order, ECF No. 16. For good cause shown, the court extends the deadline for a motion for default judgment to **January 13, 2023, vacates** the status conference previously set for December 15, 2022, and **resets** that status conference for **January 26, 2023 at 2:30 p.m.** before the undersigned.

IT IS SO ORDERED.

DATED: November 21, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1